# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                  Case No. 14-33303-DHW
                                                       Chapter 13
Mae K. Zeigler,

        Debtor(s).

## ORDER DENYING CONFIRMATION
## AND DISMISSING BANKRUPTCY CASE

The chapter 13 plan filed by the debtor came on for confirmation hearing on March 9, 2015.

The debtor has not commenced payments under the plan as required by 11 U.S.C. § 1326. Accordingly, it is

ORDERED that confirmation of the plan is DENIED, and this bankruptcy case is DISMISSED. It is

FURTHER ORDERED that the chapter 13 trustee shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 9th day of March, 2015.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtor
      Richard D. Shinbaum, Attorney for Debtor
      Curtis C. Reding, Trustee
      All Creditors

**NOTICE: Any unpaid filing fees remain due and payable to the Clerk of court. Failure to pay the filing fee may result in additional collection.**